**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )  | CR-09-1112-04-PHX-GMS |
| Plaintiff,  ) | |
| )  | **DETENTION ORDER** |
| vs.  )  | |
| Jose Ramon Carrillo-Othon,  )  | |
| Defendant.  )  | |
| _____ )  | |

Defendant is charged with Possession with Intent to Distribute in excess of 50 kilograms of marijuana.

Defendant was born in Mexico but is legally residing in the United States. If convicted, after serving any sentence imposed, Defendant would likely be deported. Defendant is not and has not been married but has 10 children, seven of whom live in Mexico. Defendant's father is deceased and his mother resides "between the United States and Mexico." Two of Defendant's siblings reside in Mexico.

Defendant has no verifiable employment and reportedly lives with a friend's mother. Defendant reports that "he travels to Mexico weekly to visit his family." From the foregoing, the court concludes that this is a presumptive case which, if convicted, exposes defendant to a lengthy prison sentence and deportation.

1       Because Defendant has minimal residential, financial, and employment ties to the United States, and has extensive ties to and frequent history of travel to Mexico, the court concludes that Defendant is a flight risk and that no condition or combination of conditions mitigate that risk. The Defendant is therefore detained pending further order of the court.

      DATED this 21st day of September, 2009.

_Edward C. Voss_
United States Magistrate Judge